UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TRAILER BRIDGE, INC.,**
a Delaware corporation,

    **Plaintiff,**

vs.
                                 Case No.: 3:09-cv-1135-J-20MCR

**ILLINOIS NATIONAL INSURANCE
COMPANY,** an Illinois corporation,

    **Defendant.**
_____/

## ORDER

This cause is before this Court on the Consent Motion to Seal (Doc. 39, filed April 14, 2010). In the motion, Plaintiff requests that it be granted leave to file under seal the Fourth Amended Class Action Complaint in the underlying action, *In Re Puerto Rican Cabotage Antitrust Litigation*, MDL Docket No. 3:08-md-1960 (DRD) ("underlying action"), because it contains confidential information subject to a protective order entered in that action. (Doc. 39 at 1). Plaintiff proposes that the complaint remain under seal until the court in the underlying action lifts the confidentiality designation. (Doc. 39 at 4).

Pursuant to Rule 1.09(c), Local Rules, United States District Court, Middle District of Florida, unless "otherwise ordered by the Court for good cause shown, no order sealing any item . . . shall extend beyond one year, although a seal is renewable by a motion that complies with (b) of this rule, identifies the expiration of the seal, and is filed before the expiration of the seal." Good cause has not been shown for extending the seal beyond a year at this time.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

The Consent Motion to Seal (Doc. 39, filed April 14, 2010) is **GRANTED** to the extent the Fourth Amended Class Action Complaint in the underlying action may be filed under seal for a period of one year beginning on the date of its filing. If upon the expiration of the term no motion has been submitted requesting an extension of the seal, the Clerk of the Court shall refile the complaint in the public record. Plaintiff shall file a notice detailing the status of the proceedings if the complaint has not been filed within thirty (30) days from the date of this Order.

**DONE AND ENTERED** at Jacksonville, Florida, this 22 day of April, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Alan S. Wachs, Esq.
Andrew M. Sussman, Esq.
David A. Gauntlett, Esq.
Bradley R. Johnson, Esq.
Daniel I. Graham , Jr., Esq.
James F. Baffa, Esq.
Latasha Garrison-Fullwood, Esq.
Laura A. McArdle, Esq.
Mary F. Licari, Esq.
Richard H. Nicolaides , Jr., Esq.