UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TRAILER BRIDGE, INC.,**
a Delaware corporation,

Plaintiff,

v.   CASE NO. 3:09-cv-1135-J-20MCR

**ILLINOIS NATIONAL INSURANCE
COMPANY,** an Illinois corporation,

Defendant.
_____/

## O R D E R

This cause is before this Court on Defendant's Response to Show Cause Order and Certification to Court Regarding Registration of E-Mail Addresses (Dkt. 44). In light of this filing, it is **ORDERED** that the Show Cause Order (Dkt. 42) is **DISCHARGED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of June, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alan S. Wachs, Esq.
Andrew M. Sussman, Esq.
David A. Guantlett, Esq.
Bradley R. Johnson, Esq.
Daniel I. Graham, Jr., Esq.
James F. Baffa, Esq.
Latasha Garrison-Fullwood, Esq.
Laura A. McArdle, Esq.
Mary F. Licari, Esq.
Richard H. Nicolaides, Jr., Esq.